UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

          Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

          Defendants.

Case No. C19-002-RAJ

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is DENIED, and the action is DISMISSED without prejudice for failure to satisfy the "imminent danger" requirement for three-strikes litigants under 28 U.S.C. § 1915(g).

\\

\\

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and Judge Donohue.

Dated this 22nd day of February, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2